

ORDERED in the Southern District of Florida on May 23, 2013.

Erik P. Kimball, Judge
United States Bankruptcy Court

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In Re:                                                   Case No.: 13-13417-EPK
                                                         Chapter 7
CHRISTOPHER RYAN PETERS
SSN: XXX-XX-6026

      Debtors,
_____/

### ORDER GRANTING MOTION TO REDEEM PROPERTY UPON WHICH CAPITAL ONE, N.A./POLARIS CLAIMS A LIEN [D.E. #15]

THIS CAUSE, came before the Court on May 16, 2013 in West Palm Beach, Florida for consideration of the Motion to Allow Redemption of Personal Property upon which Capital One, N.A. and/or Polaris Claim a Lien. The Court, having reviewed the Debtor's Motion, having determined that the Debtor's Motion complies with the requirements set forth in 11 U.S.C. Sec.722, and being otherwise fully advised in the premises, does hereby,

**ORDER AND ADJUDGE:**

1. The Debtor's Motion to redeem tangible personal property from Capital One, N.A./Polaris is granted. The specific property being redeemed is described as a 2007 Seadoo Vin # YDV40557A707 ("The Property").
2. The Debtor may redeem the "Property" which is subject to the lien of Capital One, N.A./Polaris pursuant to 11 U.S.C. Sec.722, by paying the Creditor the sum of $4,000.00 within sixty (60) days of the entry of this Order.

###

Submitted By:
James E. Copeland, Esq.
James E. Copeland ,PA
631 U.S. Highway One, Suite # 403
North Palm Beach, Fl. 33408
Telephone: (561) 881-8989
Facsimile :  (561) 881-8985
jamesecopeland@bellsouth.net

Copies to: All parties of record

Attorney JAMES E. COPELAND , ESQ. Is directed to serve copies of this Order on the parties listed and file a certificate of service: